IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> JOSHUA CHODNIEWICZ, § <br> NATALIE D. CHODNIEWICZ, § <br> and WELLS FARGO BANK, N.A., § <br> § <br> *Defendants*. § | Civil Case No. 1:22-cv-01151-JRN |

## JOINT NOTICE OF SETTLEMENT

Plaintiff United States of America, Defendants Joshua Chodniewicz and Natalie D. Chodniewicz, and Defendant Wells Fargo Bank, N.A. provide notice to the Court that Plaintiff and Defendants have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare the Joint Motion for Entry of Final Judgment and proposed Final Judgment to be filed in this case. The parties further respectfully request a period of fourteen days within which to file their Joint Motion for Entry of Final Judgment and proposed Final Judgment.

(*Signatures on following page*.)

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Moha Pradhan*
MOHA PRADHAN
Attorney, Tax Division
Texas State Bar No. 24046651
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9767
(214) 880-9741 (FAX)
Moha.Pradhan@usdoj.gov

ATTORNEYS FOR PLAINTIFF, THE
UNITED STATES OF AMERICA

Thomas Lloyd Fahring, III
Texas State Bar No. 24074194
Jason Brent Freeman
Texas State Bar No. 24069736
Freeman Law, PLLC
7011 Main Street
Frisco, TX 75034
214.984.3410
214.984.3409 (FAX)
tfahring@freemanlaw.com
jason@freemanlaw.com

ATTORNEYS FOR DEFENDANTS
JOSHUA CHODNIEWICZ AND NATALIE
D. CHODNIEWICZ

Benjamin David Lee Foster
Texas State Bar No. 24031555
Stephen J. Humeniuk
Texas State Bar No. 24087770
Locke Lord LLP
300 Colorado Street, Ste 2100
Austin, TX 78701
512-305-4700
512-305-4800 (FAX)
dfoster@lockelord.com
stephen.humeniuk@lockelord.com
Robert T. Mowrey
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6766
(214) 740-8000
(214) 740-8800 (FAX)
rmowrey@lockelord.com

ATTORNEYS FOR DEFENDANT WELLS
FARGO BANK, N.A.

2

## CERTIFICATE OF SERVICE

I certify that on August 29, 2024, the following person has been served with a copy of the foregoing Joint Notice of Settlement via email by the Court's ECF system:

Thomas Lloyd Fahring, III
Freeman Law, PLLC
7011 Main Street
Frisco, TX 75034

Jason Brent Freeman
Freeman Law, PLLC
7011 Main Street
Frisco, TX 75034

Benjamin David Lee Foster
Locke Lord LLP
300 Colorado Street, Ste 2100
Austin, TX 78701

Robert T. Mowrey
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6766

Stephen J. Humeniuk
Locke Lord LLP
300 Colorado Street, Suite 2100
Austin, TX 78701

                                                                 /s/ Moha Pradhan
                                                                  MOHA PRADHAN