UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

**FILED**

July 21, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____PG_____

DEPUTY

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSHUA CHODNIEWICZ,

   Defendant.

CASE NO. 1:22-cv-01151-RP

MOTION TO SEAL DOCUMENTS CONTAINING PERSONAL INFORMATION

Dear Honorable Court,

I respectfully request that the Court seal the above-referenced case in its entirety. Several filings and docket entries contain personal, private information, including our residential address and other private details that are not essential to the public interest in accessing court records. The case has been indexed by several search engines, is easily accessible to the public, and could pose a risk to our family's privacy and security if left publicly accessible.

This case is now closed, and as such, sealing the record would not interfere with any ongoing judicial proceedings. Instead, it would serve to protect the privacy of the individuals involved, consistent with the Court's ability to safeguard sensitive personal information where appropriate.

WHEREFORE, Defendant respectfully requests that the Court:

A. Grant this Motion; B. Seal documents and docket entries that include personal identifying information, including home address; C. Provide any further relief that the Court deems just and proper.

Dated: July 21, 2025

Respectfully submitted,

Joshua Chodniewicz
4305 Edgemont Drive
Austin, TX 78731
joshuachod@gmail.com
512-710-1010
Pro Se